IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALTER C. SMITH, III,

    Defendant.                                         Case No. 06-cr-30070-DRH

### ORDER

**HERNDON, District Judge:**

        The government has filed a Motion for Leave to Respond (Doc. 60), which essentially requests it be allowed to file a sur-reply to Defendant's Motion to Suppress (Doc. 19), because it wishes to respond to a new allegation Defendant makes in his Reply (Doc. 59). The Local Civil Rule 7.1(c) does not typically allow filing sur-reply briefs. However, the Court realizes that it is necessary in this instance and thereby **GRANTS** the Government's Motion (Doc. 60). The Government is thereby allowed until November 10, 2006 to file its Sur-Reply brief. This brief shall not exceed five (5) pages in length.

        **IT IS SO ORDERED.**

        Signed this 2nd day of November, 2006.

                                              /s/       David   RHerndon
                                            **United States District Judge**