**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**WALTER C. SMITH, III,**

     **Defendant.**                **Case No. 06-cr-30070-DRH**

**ORDER**

**HERNDON, District Judge:**

     Pending before the Court is a Motion to Withdraw as Counsel (Doc. 89). Specifically, Smith's attorney, Stephen Williams, moves to withdraw because of a conflict of interest.   Said Motion (Doc. 89) is **GRANTED**.   Thus, the Court **APPOINTS** CJA-panel attorney John O'Gara, Jr., 6 East Washington, Belleville, Illinois 62220, to hereby serve as defendant Smith's representative counsel in this matter.  The Court reminds the parties that this matter is currently set for trial on June 18, 2007 at 9:00 a.m.

     **IT IS SO ORDERED**.

     Signed this 6th day of April, 2007.

                    /s/     David RHerndon
                    United States District Judge