UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

**Plaintiff,**

       **v.**

**Walter Smith III,**

**Defendant,**                                        Case No. 06-cr-30070-DRH

=====================================
**Illinois State Police**
**South Central Illinois Drug Task Force,**

**Garnishee.**

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on August 2, 2013, stating that at the time of the service of the Writ she had in her possession or under her control personal property belonging to and due Defendant.

On August 16, 2013, the Defendant was served with the garnishment. The Defendant agrees he owes $1,150.00 and wishes to clear his debt.

**IT IS ORDERED** that Garnishee pay $1,150.00 to Plaintiff.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois  62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 4th day of September, 2013.

Digitally signed by
David R. Herndon
Date: 2013.09.04
15:41:16 -05'00'

**Chief Judge**
**United States District Court**